**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**NADEZHDA TELETEN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **NADEZHDA TELETEN,**         )<br>                                                   )<br>          **Plaintiff,**             )<br>                                                   )<br>**v.**                                           )<br>                                                   )<br>**Carolyn Colvin,**                 )<br>**COMMISSIONER OF SOCIAL**  )<br>        **SECURITY,**             )<br>                                                   )<br>          **Defendant.**           )<br>_____) | No.   2:14-CV-02140-EFB<br><br>STIPULATION AND<br>[P~~ROPOSE~~D] ORDER<br>EXTENDING PLAINTIFF'S<br>TIME TO FILE<br>MOTION FOR SUMMARY<br>JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 11, 2015.

This is the first extension.

Dated: April 27, 2015                                                                 */s/     Jesse S. Kaplan*
                                                                                              JESSE S. KAPLAN
                                                                                              Attorney for Plaintiff

[Pleading Title] - 1

Dated: April 27, 2015                                   /s/ per e-mail authorization

                                                                         JEFFREY CHEN
                                                                         Special Assistant U.S. Attorney
                                                                          Attorney for Defendant

## ORDER

The requested extension of plaintiff's time to file a motion for summary judgment is extended to May 11, 2015.

SO ORDERED.

Dated: April 29, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE