BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEZHDA TELETEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02140-EFB<br><br>AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE |

      Plaintiff Nadezhda Teleten (Plaintiff) filed her Motion for Summary Judgment (Dkt. 15) on May 11, 2015.  Her motion raised the issue that the Administrative Record did not contain a decision by an Administrative Law Judge (ALJ) on Plaintiff's prior claim for disability benefits; the inclusion of this document is necessary because the ALJ in the current claim for disability benefits gave the prior decision preclusive effect.  Defendant Commissioner of Social Security (Defendant) developed a supplemental record, which is in transit from the east coast and will be filed and served as soon as it arrives at the U.S. Attorney's Office.  Defendant apologizes to Plaintiff and the Court for this issue.

IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that Plaintiff shall have an additional 14 days to file a Supplemental Brief in support of her Motion for Summary Judgment after Defendant files and serves the supplemental record. Plaintiff's Supplemental Brief will pertain only to new issues that arise from the supplemental record. Plaintiff may also amend any argument in her Motion for Summary Judgment arising from the exclusion of the prior ALJ decision from the record. There is good cause for this extension because Defendant needs a brief period to file and serve the supplemental record, and Plaintiff should have an opportunity to respond.

All other deadlines in the Court's Scheduling Order (Dkt. 6) remain the same. Thus, Defendant will respond to Plaintiff's Motion for Summary Judgment 30 days after Plaintiff files her Supplemental Brief (Dkt. 6, ¶5), and Plaintiff shall have 21 days to reply (Dkt. 6, ¶6).

Respectfully submitted,

Dated:  June 9, 2015             */s/    Jesse S. Kaplan*___
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on June 9, 2015


Dated:  June 9, 2015             BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By:     /s/ *Ellinor R. Coder*
                                 ELLINOR R. CODER
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

1 ORDER

3   The requested extension of time for Defendant to file the supplemental record and for Plaintiff to file a Supplemental Brief is granted.  Plaintiff shall have 14 days after Defendant files the supplemental record to file a Supplemental Brief.  All other deadlines in the Court's October 7, 2014 Scheduling Order remain the same.

IT IS SO ORDERED.

DATED:  June 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE