**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NADEZHDA TELETEN**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| NADEZHDA TELETEN, | No.   2:14-cv-02140-EFB |
| Plaintiff, | |
| | MOTION AND  [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

### MOTION

In this Social Security matter, the undersigned did not realize the reply brief was due today and so did not have a chance to request a stipulation for an extension of time. The undersigned filed one motion for summary judgment in another Social Security case on the 12th and will file another on the 17th. The undersigned's practice does not consist solely of federal court briefing; for instance, the undersigned has hearings on the 17th and 18th.

[Pleading Title] - 1

The undersigned requests a one-week extension to August 21, 2015, to file the reply brief. There cannot possibly be any prejudice to defendant from this.

Dated: August 14, 2015                    */s/    Jesse S. Kaplan*
                                          JESSE S. KAPLAN
                                          Attorney for Plaintiff

## ORDER

The requested extension of plaintiff's time to file a reply brief is extended to August 21, 2015.

SO ORDERED.

Dated:  August 19, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE